UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 09-CR-0095(2) (PJS/JSM) |
| Plaintiff, | |
| v. | ORDER ADOPTING REPORT AND RECOMMENDATION |
| JESSIE ULYSSES BROWN (2), | |
| Defendant. | |

Thomas M. Hollenhorst, UNITED STATES ATTORNEY'S OFFICE, for plaintiff.

Douglas Olson, FEDERAL DEFENDER'S OFFICE, for defendant.

Defendant Jessie Brown is charged with conspiracy to distribute cocaine base and possession of cocaine base with intent to distribute. This matter is before the Court on Brown's objection to Magistrate Judge Janie S. Mayeron's June 8, 2009 Report and Recommendation ("R&R"). Judge Mayeron recommends denying Brown's motion to suppress search and seizure evidence obtained during two searches of a residence.[1] The Court has conducted a de novo review. *See* 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59(b)(3). Based on that review, the Court adopts the R&R.

ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein, the Court overrules Brown's objection [Docket No. 38] and ADOPTS the R&R [Docket No. 35]. IT IS HEREBY ORDERED that:

---

[1] Based on Brown's representations at the hearing, Judge Mayeron also recommends that Brown's motion to suppress statements, admissions, and answers be withdrawn. Brown has not objected to this recommendation.

1. Defendant's motion to suppress evidence obtained as a result of search and seizure [Docket No. 24] is DENIED.

2. Defendant's motion to suppress statements, admissions, and answers [Docket No. 25] is WITHDRAWN.

Dated: July 6, 2009  s/Patrick J. Schiltz
Patrick J. Schiltz
United States District Judge